**FILED**
James J. Vilt Jr,
Clerk
August 22, 2023
U.S. District Court
Western District of Kentucky

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                 Plaintiff

v.                                                             Criminal Action No. 3:23CR-13-RGJ

DEANDRE DOUGLAS                                                                         Defendant

\* \* \* \* \*

## WAIVER OF APPEAL RIGHTS

I was advised in open court of my appeal rights and the waiver of appeal rights that I entered in my plea agreement with the United States. I understand that under paragraph [12] of my plea agreement with the United States, I specifically waived certain rights to appeal the sentence I received from the Court as follows:

12. Defendant agrees to the following waivers of appellate and post-conviction rights:

> A. The Defendant is aware of his right to appeal his conviction and that 18 U.S.C. § 3742 affords a defendant the right to appeal the sentence imposed. Unless based on claims of ineffective assistance of counsel or prosecutorial misconduct, the Defendant knowingly and voluntarily waives the right to directly appeal his conviction and the resulting sentence pursuant to Fed. R. App. P. 4(b) and 18 U.S.C. § 3742.

> B. The Defendant is aware of his right to contest or collaterally attack his conviction and the resulting sentence under 28 U.S.C. § 2255 or otherwise. Unless based on claims of ineffective assistance of counsel or prosecutorial misconduct, Defendant knowingly and voluntarily waives any collateral attack argument; and

> C. The Defendant knowingly and voluntarily waives the option to file a motion to have his sentence modified pursuant to 18 U.S.C. § 3582(c), except for a rule 35(b) motion filed by the government or a motion for compassionate release under 3582(c)(l)(A), limited to the grounds set forth in U.S.S.G § 1 B 1.13 until such provision is modified by the Sentencing Commission, filed by the defendant.

Date: 8/22/2023

_____
**Defendant's Signature**